ROGERS *v.* CARMICHAEL, survivor.

BELL, Justice. Statements of counsel on both sides having been filed in this court, showing that the present case has been settled after grant of the writ of certiorari, and that the questions involved have thus become moot, it is ordered that the writ of certiorari be

*Dismissed. All the Justices concur.*

No. 12559. JANUARY 11, 1939.

*J. Wightman Bowden, Brown & Brown,* and *E. M. Smith,* for plaintiff.

*Beck, Goodrich & Beck* and *E. L. Reagan,* for defendant.